## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTEZ TALLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| R. DOYLE, CYNTHIA LINK, LAURA | : | |
| BANTA, GENA CLARK, PA. DEPT. OF | : | |
| CORRECTIONS, GEORGE ONDREJKA, | : | |
| CAPTAIN MASCELLINO, JOHN | : | |
| WETZEL, LT. KOVIYAK and UNKNOWN | : | |
| EXTRACTION TEAM, MHM | : | NO. 19-1588 |

### ORDER

**NOW**, this 14th day of November, 2019, upon consideration of the Commonwealth Defendants' Motion to Dismiss (ECF No. 13), the defendants Dr. Doyle and MHM's Motion to Dismiss (ECF No. 27), the plaintiff's response to the Commonwealth Defendants' motion, it is **ORDERED** as follows:

1. The Commonwealth Defendants' Motion to Dismiss is **GRANTED** as to all claims, except the claim for conspiracy to retaliate for plaintiff's exercising his First Amendment rights.

2. The Motion to Dismiss of Dr. Doyle and MHM is **GRANTED**.

3. The Complaint is **DISMISSED** as to defendants Dr. Doyle and MHM.

/s/ TIMOTHY J. SAVAGE J.