# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUINTEZ TALLEY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **R. DOYLE, CYNTHIA LINK, LAURA** | : | |
| **BANTA, GENA CLARK, PA. DEPT. OF** | : | |
| **CORRECTIONS, GEORGE ONDREJKA,** | : | |
| **CAPTAIN MASCELLINO, JOHN** | : | |
| **WETZEL, LT. KOVIYAK and UNKNOWN** | : | |
| **EXTRACTION TEAM, MHM** | : | **NO. 19-1588** |

## ORDER

**NOW**, this 30th day of June, 2020, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 42), and the Defendants' Statement of Undisputed Facts to which the plaintiff did not respond, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of defendants, Cynthia Link, Laura Banta, Gena Clark, Pa. Dept. of Corrections, George Ondrejka, Captain Mascellino, John Wetzel and Lt. Koviak, and against the plaintiff, Quintez Talley.

/s/ TIMOTHY J. SAVAGE J.